Harry Levine and Others v. Harry Orentlich and Others.— Motion to dismiss appeal denied, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

In the Matter of Elizabeth Volze, Deceased. — Motion to dismiss appeal denied on conditions stated in memorandum per curiam. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Frederick F. Bryant v. Louise P. Bryant.— Motion to dismiss appeal granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Adele B. Davis v. Cader R. Davis. — Motion to dismiss appeal granted. with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Faitoute Iron and Steel Company v. Frank A. Tasker.— Motion to dismiss appeal granted, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Ralph Massucci and Others v. Jagels & Bellis, Inc. — Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J. McLaughlin, Laughlin, Scott and Dowling, JJ.

Mary Hamelstein v. Nicholas Carola.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Charles Gerbin v. Fifth Avenue Coach Company.—Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Daniel J. Leary v. Frederick Geller, as Executor, etc.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Andrew McMahon v. Art Color Printing Company.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Jacob W. Bermant v. Mary S. Keveney.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Georgia C. Archer v. Equitable Life Assurance Society.— Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Frank Zak v. William Simpson.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Solomon Stern v. Metropolitan Life Insurance Company.— Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Robert Holmes and Others, v. Edward C. Smith, Impleaded, etc.— Motion granted; question certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Robert Holmes and Others v. Hugh N. Camp, Jr., and Others.—Motion granted; question certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.